HAWTHORNE, J., is of the view that this application should be granted.

SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.

164 So.2d 356

**Kenneth Ellis McDONALD**

**v.**

**WHEELING PIPELINE, INC., et al.**

No. 47283.

May 27, 1964.

In re: Wheeling Pipeline, Inc., and The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Morehouse. 162 So.2d 408.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.